

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

David Hilton and Cindy Hilton,

Vs. No. 11-22-00262-CV

5J Oilfield Services, LLC,

\* From the 350th District Court
of Taylor County,
Trial Court No. 12750-D.

\* March 16, 2023

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered the parties' joint motion to dismiss this appeal and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against the party incurring same.